UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZAGRAY, LLC0, ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-11258 |
| ) | |
| LACOSTE ALLIGATOR, S.A., ) | |
| ) | |
|    Defendant ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Frances S. Cohen and Amber R. Anderson as counsel for Defendant, Lacoste Alligator, S.A..

DECHERT LLP

By: _____
   Frances S. Cohen, BBO# 542811
   Amber R. Anderson, BBO#647566
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100

ATTORNEYS FOR LACOSTE
ALLIGATOR, S.A., DEFENDANT