UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZAGRAY, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>LACOSTE ALLIGATOR, S.A.<br><br>           Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 04-11258-REK<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO EXTEND TIME FOR FILING ANSWER

The parties to the above-captioned action respectfully move for leave to extend the time for the defendant to file an answer up to and including November 23, 2004 to allow time for the parties to continue settlement, or other means in which to resolve this case.

| | |
|---|---|
| ELIZAGRAY<br>By their attorneys | LACOSTE ALLIGATOR, S.A.<br>By their attorneys, |
| /s/ J. Owen Todd<br>J. Owen Todd<br>TODD & WELD LLP<br>28 State Street<br>Boston, Massachusetts 02109<br>(617) 720-2626 | /s/ Lisa Pearson<br>Lisa Pearson<br>Zoe Hilden<br>FROSS ZELNICK LEHRMAN & ZISSU, P.C.<br>866 United Nations Plaza<br>New York, NY 10017<br>(212) 813-5900 |
| /s/ Lee Carl Bromberg<br>Lee Carl Bromberg, BBO #058480<br>Lisa M. Fleming, BBO #546,148<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street – 11th floor<br>Boston, Massachusetts 02110-1618<br>(617) 443-9292 | /s/ Amber R. Anderson<br>Frances S. Cohen, BBO# 542811<br>Amber R. Anderson, BBO#647566<br>DECHERT LLP<br>200 Clarendon Street, 27th Floor<br>Boston, MA 02116<br>(617) 728-7100 |