UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X
ELIZAGRAY LLC,

           Plaintiff,

           v.

LACOSTE ALLIGATOR S.A.,

           Defendant.
-----------------------------------------------------------X

Case No. 04-11258(REK)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff ElizaGray LLC and defendant Lacoste Alligator S.A., by their undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal, with prejudice, of all claims in this action and agree to waive all appeals from the dismissal of this action pursuant to this stipulation. Each party shall bear its own costs.

SO STIPULATED TO AND AGREED TO BY:

DATED: 11/23, 2004

BROMBERG & SUNSTEIN LLP

By: _____
Lee Carl Bromberg
Lisa M. Fleming
125 Summer Street, 11th Floor
Boston, Massachusetts 02110
*Attorneys for Plaintiff ElizaGray LLC*

DATED: 11/22, 2004

DECHERT LLP

By: _____
Frances Cohen
200 Clarendon Street, 27th Floor
Boston, MA 02116-5021
*Attorneys for Defendant Lacoste Alligator S.A.*

IT IS SO ORDERED.

Dated:_____   _____
                              HON. Robert E. Keeton
                              United States Senior District Judge